DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. LINDER

No. 84 PC.

Case below: 25 N.C. App. 474.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 January 1982.

STATE v. LINEBERGER

No. 125 PC.

Case below: 54 N.C. App. 493.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

STATE v. LUCKEY

No. 145.

Case below: 54 N.C. App. 178.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 January 1982.

STATE v. MAHER

No. 144 PC.

Now No. 11 PA 82.

Case below: 54 N.C. App. 639.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 12 January 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 12 January 1982.

STATE v. MURRELL

No. 98 PC.

Case below: 54 N.C. App. 342.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 12 January 1982.